UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GRAVES, | No. 2:13-cv-00026-MCE-GGH PS |
| Plaintiff, | |
| v. | **ORDER** |
| UC DAVIS, et al., | |
| Defendants. | |

Through this action, Plaintiff, who is proceeding pro se, seeks relief for the alleged violations of his civil rights by Defendants UC Davis and Linda Katehi.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302.

On April 11, 2013, the assigned Magistrate Judge issued a ruling dismissing Plaintiff's complaint for failure to state a claim under Federal Rule of Civil Procedure 8(a)(2) and granted Plaintiff leave to file an amended complaint.  (ECF No. 5 at 3-4.)  In his Order, the Magistrate Judge also declined to recuse himself from this action after finding that he does not have a personal bias or prejudice against any party, and that no other reason exists to question his impartiality pursuant to 28 U.S.C. § 455.  (Id. at 4.)  Presently before the Court is Plaintiff's motion seeking reconsideration of the Magistrate Judge's April 11, 2013 Order.  (ECF No. 6.)

///

1  The Court reviews magistrate judges' rulings on non-dispositive motions under the "clearly erroneous or contrary to law" standard set forth in 28 U.S.C. § 636(b)(1)(A). See Fed. R. Civ. P. 72(a); E.D. Cal. L. R. 303(f).  After carefully reviewing the file and the applicable legal authorities, the Court finds the Magistrate Judge's reasoning and conclusions to be supported by the record and proper analysis.

Accordingly, it is hereby ordered that:

1. The Magistrate Judge's Order, dated April 11, 2013 (ECF No. 5), is AFFIRMED.

2. Plaintiff's Motion to Set Aside the Magistrate Judge's Order (ECF No. 6) is DENIED.

3. Plaintiff is granted twenty-eight (28) days from the date of service of this Order to file an amended complaint that complies with the requirements set forth in the Magistrate Judge's Order, dated April 11, 2013.  If no amended complaint is filed within said twenty-eight (28) days, this action will be dismissed without leave to amend and without any further notice from the Court, and the Clerk of the Court will be directed to close the file.

IT IS SO ORDERED.

DATED: May 13, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT